UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE


CRIMINAL NO.: 01-42-KKC
CIVIL NO.: 07-46-KKC

UNITED STATES OF AMERICA,                                                           PLAINTIFF,


vs:                                          **OPINION & ORDER**


YAKOV GREGOREVICH DRABOVSKIY,                                          DEFENDANT.


This matter is before the Court on the Motion to Vacate, Set Aside or Correct Sentence

(Crim. Action DE 444) filed pro se pursuant to 28 U.S.C. § 2255 by the Defendant, Yakov

Gregorevich Drabovskiy, and the Motion to Dismiss the Defendant's 2255 motion (DE 456) filed

by the United States.

Consistent with local practice, this matter was referred to the United States Magistrate Judge

for consideration. The Magistrate Judge filed a report and recommendation on February 2, 2009 (DE

460). Based on a review of the record and the applicable case law, the Magistrate Judge

recommended that the Defendant's § 2255 motion be dismissed and the United States' motion to

dismiss be granted. The Magistrate Judge concluded that the Sixth Circuit Court of Appeals decided

on direct appeal all the claims raised in the Defendant's § 2255 motion except his claim of actual

innocense. As to the Defendant's claim of actual innocense, the Magistrate Judge concluded that

a free-standing claim of actual innocense is not ground for federal habeas relief in a non-capital case.

On February 23, 2009, the Defendant filed objections (DE 461) to the Magistrate Judge's

report and recommendation. This Court must make a *de novo* determination of those portions of the

Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C).  In his objections, the Defendant does not appear to contest the conclusions by the Magistrate Judge that the Defendant's claims made in this motion have been decided on direct appeal or that a free-standing claim of actual innocense is not ground for federal habeas relief in a non-capital case.

Having considered the Defendant's objections and having made a *de novo* determination, the Court finds the objections to be without merit and hereby adopts the Magistrate Judge's Report and Recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS as follows:

(1)     the Magistrate Judge's report and recommendation (DE 460) is ADOPTED as and for the opinion of the Court;

(2)     the Defendant's objections to the Magistrate Judge's report and recommendation (DE 461) are OVERRULED;

(3)     the United States' Motion to Dismiss (DE 456) is GRANTED; and

(4)     the Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (DE 444) is DISMISSED.

Dated this 26th day of May, 2009.



Signed By:

**_Karen K. Caldwell_**

**United States District Judge**